IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. CR S-02-0433 FCD CMK P

    vs.

JEFFREY HOLDEN CHILCOTT,

    Movant.                     <u>ORDER</u>

_____/

        On June 6, 2005, movant submitted a letter.  That document was not served on respondent.  Movant is advised that every document submitted to the court for consideration must be served on respondent.  Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2255 Cases.  Documents not to be served electronically are usually served by placing a copy in the U.S. Mail.  If an attorney has filed a document with the court on behalf of respondent, then documents submitted by movant must be served on that attorney and not on the respondent himself.  Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that movant's June 6, 2005 letter shall

2 be placed in the court file and disregarded.  Movant is cautioned that failure to comply with this

3 order may result in imposition of sanctions.

4 DATED:  June 13, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

/kf
chil0433.135b