IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-02-0433-FCD |
| Plaintiff, ) | **ORDER RECONVEYING REAL PROPERTY** |
| v. ) | |
| JEFFREY HOLDEN CHILCOTT, ) | |
| Defendant. ) | |

On March 15, 2004, Defendant Jeffrey Holden Chilcott was sentenced to 60 months imprisonment. On March 14, 2005, a property bond was posted for real property located at 8645 County Road 49, Guinda Colony Tract, Guinda, California 95637.  The real property has now been sold.

IT IS FURTHER ORDERED THAT the real property located at 8645 County Road 49, Guinda Colony Tracy, Guinda, California 95637 8645 be reconveyed.

Dated: October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE